**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>United States District Judge<br>Northern Division | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel: 410-962-3190<br>Fax: 410-962-3177 |

June 9, 2025

**<u>LETTER ORDER</u>**

TO: COUNSEL OF RECORD

    RE:    *USA v. Cameron Jones*
              <u>Criminal No. RDB-24-0166</u>

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Pretrial Conference**        February 9, 2026 at 4:00 p.m.

**Jury Trial**                      February 16, 2026 at 9:30 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                          Sincerely,

                            /s/

                         Richard D. Bennett
                         United States District Judge